JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TITO ALVAREZ, | Case No: CV10-06581 VBF(CWx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 4-29-11

_Valerie Baker Fairbank_
Hon. Valerie Baker Fairbank
Judge of the U.S. District Court